# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| JAMES Q. BUTLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV619-081 |
| SELENE FINANCE LP, | ) | |
| Defendant. | ) | |

## ORDER

This case was removed on September 12, 2019. Doc. 1. Defendant subsequently filed a Motion to Dismiss, doc. 5, and a Motion to Stay Pretrial Deadlines, doc. 6. However, plaintiff's counsel has failed to appear either in opposition to these motions or to further prosecute this case. Accordingly, the parties are **DIRECTED** to **SHOW CAUSE** within fourteen days from the date of this Order why this case should not be dismissed for lack of prosecution. *See* S.D. Ga. L. R. 41.1 ("[T]he assigned Judge may, after notice to counsel of record, *sua sponte*, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice."). To that end, defendant is **DIRECTED** to certify to this Court that it has served—independent of this Court's CM/ECF system—plaintiff's state court counsel with a copy of the 1) Notice of

Removal and all accompanying documentation, 2) defendant's Motion to Dismiss the Complaint, 3) defendant's Motion to Stay Pretrial Deadlines and Discovery, and 4) defendant's certificate of counsel. The Clerk of Court is further **DIRECTED** to send a copy of this order via U.S. Mail to counsel for plaintiff's listed address at P.O. Box 10006, Savannah, Ga. 31412 and via email to rhm@middletonfirm.com.

**SO ORDERED,** this 29th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA