IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JAMES Q. BUTLER, | * | |
| Plaintiff, | * | |
| v. | * | CV 619-081 |
| SELENE FINANCE LP, | * | |
| Defendant. | * | |

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 10.) Plaintiff and Defendant consent to dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case.

**ORDER ENTERED** at Augusta, Georgia this 14th day of November, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA